# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA BARKZAI,<br><br>                    Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 17-CV-1692 W (RNB)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION [DOC. 19];**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC. 13];**<br><br>**(3) GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT [DOC. 14]; AND**<br><br>**(4) DISMISSING CASE WITH PREJUDICE** |

On August 22, 2017, Plaintiff Soraya Barkzai filed this action seeking judicial review of the Social Security Commissioner's final decision denying her claim for Supplemental Security Income. (*See Compl.* [Doc. 1].) The matter was referred to a United States Magistrate Judge for a report and recommendation pursuant to 28 U.S.C. §

1

636(b)(1). (*August 23, 2017 Order* [Doc. 4].) Thereafter, the parties filed cross-motions for summary judgment. (*Pl.'s Mot.* [Doc. 13]; *Def.'s Mot.* [Doc. 14].)

On June 26, 2018, United States Magistrate Judge Robert Block issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion for summary judgment, grant Defendant's motion for summary judgment, and dismiss this action with prejudice. (*R&R* [Doc. 23] 10–11.) Judge Block ordered that any objections to the R&R be filed within two weeks of service of the R&R—or July 10, 2018. (*See id.*) No objections were filed. There has been no request for additional time to object.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (reasoning that 28 U.S.C. § 636(b)(1)(C) "makes it clear that the district judge must review the magistrate judge's finding and recommendations de novo *if objection is made*, but not otherwise"); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's report). This rule of law is well-established within both the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is only required when an objection is made to the R & R[.]") (citing Reyna-Tapia, 328 F.3d at 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopting the R&R without review because neither party filed objections despite having the opportunity to do so); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

In light of the foregoing, the Court accepts Judge Block's recommendation and **ADOPTS** the R&R [Doc. 19] in its entirety.

//

For the reasons stated in the R&R, which is incorporated herein by reference, the Court **DENIES** Plaintiff's motion for summary judgment [Doc. 13], **GRANTS** Defendant's motion for summary judgment [Doc. 14], and **DISMISSES** this case with prejudice.

**IT IS SO ORDERED.**

Dated: July 23, 2018

Hon. Thomas J. Whelan
United States District Judge